ACCEPTED
03-15-00386-CV
7275545
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 3:31:23 PM
JEFFREY D. KYLE
CLERK

# No. 03-15-00386-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/7/2015 3:31:23 PM
JEFFREY D. KYLE
Clerk

**HARRIS COUNTY HOSPITAL DISTRICT,**
**Appellant,**

**v.**

**PUBLIC UTILITY COMMISSION OF TEXAS,**
**Appellee.**

### UNOPPOSED SECOND MOTION FOR
### EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Appellee, the Public Utility Commission of Texas, files this unopposed motion to extend the time for filing appellee's brief for fourteen days to October 26, 2015.

1.      The Appellee's brief is due on October 12, 2015.

2.      Appellee requests a 14-day extension to October 26, 2015.

3.      The press of other business prevents counsel for Appellee from preparing a brief that will be helpful to the Court by the current deadline. After oral argument in this Court in *Entergy Texas, Inc. v. Public Utility Commission*, No. 03-14-00735-CV, on September 23, 2015, counsel for the Commission was busy with administrative duties that arose when the division chief for the Environmental Protection Division resigned and a new chief was appointed.  In addition, counsel filed a motion for leave and

amicus brief on behalf of the State of Texas in the Fifth Circuit Court of Appeals for the United States today in No. 15-20030, *Environment Texas Citizen Lobby, Incorporated; Sierra Club v. Exxon Mobil Corporation; ExxonMobil Chemical Company; ExxonMobil Refining & Supply Company.*

4. This is the second request Appellee has made for an extension of time to file appellee's brief. The Court previously granted the Commission's first request for a 14-day extension from September 28, 2015 to October 12, 2015. Thus, this request and the first request together would extend the time for the appellee's brief by less than 30 days from the original date the brief was due.

5. Counsel for Appellant Harris County Hospital District has been contacted and does not oppose this second motion for extension of time to file appellee's brief.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

PRISCILLA M. HUBENAK
Division Chief
Environmental Protection Division

/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling
Assistant Attorney General
Texas State Bar No. 19171100

Environmental Protection Division
Office of the Attorney General
P.O. Box 12548, MC-066
Austin, Texas  78711-2548
512.463.2012
512.457-4616 FAX
Elizabeth.Sterling@texasattorneygeneral.gov

COUNSEL FOR PUBLIC UTILITY COMMISSION OF TEXAS

## Certificate of Conference

I have contacted counsel for Harris County Hospital District, the only other party in this case.  Appellant District does not oppose the motion.

/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling

## Certificate of Service

I hereby certify that on this the 7th day of October 2015, a true and correct copy of the foregoing document was served on the following counsel electronically, through an electronic filing service, with a copy by email:

Bruce S. Powers
Harris County Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
(713) 274-5144 (telephone)
(713) 755-8924 (facsimile)
bruce.powers@cao.hctx.net

**ATTORNEYS FOR HARRIS COUNTY HOSPITAL DISTRICT**

/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling